# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00225-MR

| | |
|---|---|
| GLOBAL LOCATING SYSTEMS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| SHADOWTRACK 247, LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Michael R. Ellis as counsel *pro hac vice*. [Doc. 22]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 22] is **ALLOWED**, and Michael R. Ellis is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**   Signed: February 25, 2020

Martin Reidinger
United States District Judge